IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA J. FOX, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>COUNTY OF TULARE, et al.,<br><br>          Defendants. | 1:11-CV-00520 AWI SMS<br><br>ORDER VACATING JULY 18, 2011 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Currently pending before this Court is Defendants County of Tulare, John Rozum, Julia Langley and Carol Helding's motion to dismiss. This motion is set for hearing on July 18, 2011, at 1:30 p.m. in Courtroom 2. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 18, 2011, is VACATED, and the parties shall not appear at that time. As of July 18, 2011, the Court will take this matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 13, 2011

CHIEF UNITED STATES DISTRICT JUDGE