IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAMELA J. FOX, et al., | ) | 1:11-CV-00520 AWI SMS |
| | ) | |
| Plaintiffs, | ) | ORDER MOVING HEARING |
| | ) | TO SEPTEMBER 6, 2011 |
| v. | ) | |
| | ) | |
| COUNTY OF TULARE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

   Currently pending before this Court is Defendants Leticia Castaneda, Erica Soto, and Ron Castaneda's motion to dismiss.  This motion is set for hearing on August 29, 2011, at 1:30 p.m in Courtroom 2.

   The Court has determined that it is necessary to reschedule the hearing on this matter. Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 29, 2011, is VACATED, and the hearing on this matter is set for September 6, 2011, at 1:30 p.m in Courtroom 2.

IT IS SO ORDERED.

Dated:   August 24, 2011

CHIEF UNITED STATES DISTRICT JUDGE