IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA J. FOX, et al.,        )<br>                               )<br>            Plaintiffs,      )<br>                               )<br>      v.                       )<br>                               )<br>COUNTY OF TULARE, et al.,      )<br>                               )<br>            Defendants.     )<br>_____) | 1:11-CV-00520 AWI SMS<br><br>ORDER GRANTING<br>PLAINTIFFS' REQUEST TO<br>EXTEND FILING DEADLINE |

On September 9, 2011, the Court ordered the parties to file supplemental briefing on or before September 23, 2011.  On September 21, 2011, Plaintiffs, by agreement with Defendants' counsel, filed a request to extend the filing deadline to September 25, 2011.  However, September 25, 2011, is a Sunday.  The Court will alter the briefing schedule and extend the deadline to September 26, 2011.

Therefore, IT IS HEREBY ORDERED that the parties shall file supplemental briefing consistent with the Court's September 9, 2011 order by 9:00 a.m. on September 26, 2011.

IT IS SO ORDERED.

Dated:   September 22, 2011                                    _____
                                                               CHIEF UNITED STATES DISTRICT JUDGE