```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


PAMELA J. FOX, ON BEHALF OF     )    Case No. 1:11-CV-520 AWI SMS
HERSELF AND AS NEXT FRIEND TO   )
C.M.R., A MINOR,                )    AMENDED SCHEDULING
                                )    CONFERENCE ORDER
          Plaintiffs,           )
                                )    Expert Disclosure Deadline:
vs.                             )    7/15/2013
                                )
COUNTY OF TULARE,               )    Supplemental Expert
LETICIA CASTANEDA, ERICA SOTO,  )    Disclosure Deadline:
RON CASTENADA, JULIA LANGLEY,   )    8/16/2013
CAROL HELDING, JOHN ROZUM,      )
STEVEN D. ROGERS,               )    Discovery Deadline:
                                )    (Non-Expert)
          Defendants.           )    7/26/2016
_____)    (Expert)
                                     9/30/2013

                                     Non-Dispositive Motion
                                     Filing Deadline:
                                     10/7/2013

                                     Dispositive Motion
                                     Filing Deadline:
                                     10/28/2013

                                     Settlement Conference Date:
                                     Courtroom No. 1 (SMS)
                                     1/22/2014 at 10:00 a.m.

                                     Pre-Trial Conference Date:
                                     Courtroom No. 2 (AWI)
                                     2/14/2014 at 8:30 a.m.

                                     Jury Trial Date:
                                     Courtroom No. 2 (AWI)
                                     3/25/2014 at 8:30 a.m.
                                     (Estimate - 14 days)
```

**IT IS SO ORDERED.**

All other provisions of the Court's Scheduling Order dated 1/12/2012 remain the same.

DATED: 2/15/2013                /s/ SANDRA M. SNYDER
                                UNITED STATES MAGISTRATE JUDGE