IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA J. FOX, ON BEHALF OF HERSELF AND AS NEXT FRIEND TO C.M.R., A MINOR,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF TULARE, LETICIA CASTANEDA, ERICA SOTO, RON CASTENADA, JULIA LANGLEY, CAROL HELDING, JOHN ROZUM, STEVEN D. ROGERS,<br><br>　　　　Defendants. | Case No. 1:11-CV-520 AWI SMS<br><br>**AMENDED SCHEDULING CONFERENCE ORDER**<br><br>Expert Disclosure Deadline:<br>7/15/2013<br><br>Supplemental Expert Disclosure Deadline:<br>8/16/2013<br><br>Discovery Deadline:<br>(Non-Expert)<br>7/26/2016<br>(Expert)<br>9/30/2013<br><br>Non-Dispositive Motion Filing Deadline:<br>10/7/2013<br><br>Dispositive Motion Filing Deadline:<br>10/28/2013<br><br>Settlement Conference Date:<br>Courtroom No. 1 (SMS)<br>1/22/2014 at 10:00 a.m.<br><br>Pre-Trial Conference Date:<br>Courtroom No. 2 (AWI)<br>2/14/2014 at 8:30 a.m.<br><br>Jury Trial Date:<br>Courtroom No. 2 (AWI)<br>3/25/2014 at 8:30 a.m.<br>(Estimate - 14 days) |

1

**IT IS SO ORDERED.**

All other provisions of the Court's Scheduling Order dated 1/12/2012 remain the same.

DATED: 2/15/2013          /s/ SANDRA M. SNYDER
                          UNITED STATES MAGISTRATE JUDGE