**SETH L. GOLDSTEIN**, S.B.N. 176882
**LAW OFFICES OF SETH L. GOLDSTEIN**
2100 Garden Road, Suite H-8
Monterey, California, 93940
Telephone  (831) 372 9511
Fax           (831) 372 9611

**ANDREA M. MILLER**, S.B.N. 88992
**NAGELEY, MEREDITH & MILLER**
8001 Folsom Boulevard, Suite 100
Sacramento, CA 95826
Telephone  (916) 386 8282
Fax           (916) 386 8952

Attorneys for Pamela Fox and
C.M.R.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA FOX, ON BEHALF OF HERSELF AND AS NEXT FRIEND TO C.M.R., A MINOR. <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF TULARE, LETICIA CASTANEDA, ERICA SOTO, RON CASTANEDA, JULIA LANGLEY, CAROL HELDING, JOHN ROZUM, STEVEN ROGERS and DOES 1 - 100, <br><br> Defendants. <br> _____/ | Case No.: 1:11-CV-00520-AWI-SMS <br><br> **PER LR 141, REQUEST TO FILE EXHIBITS UNDERSEAL RE MOTION TO COMPEL; LR 251 STIPULATION; ORDER THEREON** <br><br> Judge: Hon. Sandra M. Snyder <br> Date: June 17, 2013 <br> Time: 10:00 am <br> CrtRm: 1 <br><br> **TRIAL DATE: Mar. 25, 2014** |

Now comes Plaintiffs and requests that the exhibits delivered herewith be filed under seal.

Request and Order re Filing Under Seal

Pamela Fox,et al vs County of Tulare, et al

1. On Monday, Parties will be filing the LR 251 Stipulation noticed for hearing on July 17, 2013.

2. The protective orders issued in the Superior Court of California, Tulare County, require that any documents from the underlying case that are confidential to be filed under seal or not otherwise be made public. See Attachment A.

3. Plaintiffs in filing the LR 251 Stipulation, are desirous of attaching exhibits to the papers filed for the Court's review in this action that are confidential because they are Juvenile Court Records and the subject of the orders of the Superior Court mentioned above. See index filed herewith as Attachment B.

4. Were I to file them openly, I would be subject to Contempt in the State Court.

5. Therefore, Plaintiffs ask that the Court order the exhibits filed herewith to be filed as and remain under seal.

Dated: July 2, 2013

            /s/ Seth L. Goldstein
Seth L. Goldstein,
Attorney for Pamela Fox, C.M.R.

**GOOD CAUSE APPEARING,**

**IT IS ORDERED THAT EXHIBITS 7 - 9, 14 AND 15 BE FILED UNDER SEAL.**

Dated: <u>July 12 , 2013</u>
        /s/ SANDRA M. SNYDER
        UNITED STATES MAGISTRATE JUDGE