**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA FOX, ON BEHALF OF HERSELF AND AS NEXT FRIEND TO C.M.R., A MINOR,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF TULARE, LETICIA CASTANEDA, ERICA SOTO, RON CASTANEDA, JULIA LANGLEY, CAROL HELDING, JOHN ROZUM, STEVEN ROGERS and DOES 1-100,<br><br>　　　　　Defendants. | Case No. 1:11-cv-00520-AWI-SMS<br><br>ORDER FOR IN CAMERA REVIEW OF PERSONNEL FILES<br><br>(Doc. 80 – Amended Motion to Compel) |

　　　In the parties' Local Rule 251 stipulation, Plaintiff requests an *in camera* review "of those documents listed in the Privilege Log and any other documents that Defendants refuse to provide without such review." Doc. 85-2 at 147. Mindful of the claims of privilege and of privacy set forth in the Privilege Log(s), the Court nonetheless at this time orders an *in camera* review of the personnel files of the remaining individual defendants: Leticia Castaneda, Erica Soto, Ron Castaneda, Julia Langley, Carol Helding, and John Rozum. The Court continues to consider this discovery dispute (*see* July 15, 2013 minute order, Doc. 88), and may order an *in camera* review of other files at a later date.

　　　Either the attorney for each defendant or the custodial officer for the defendant's personnel file should schedule a convenient time, on or preferably before August 16, 2013, to deliver the

1

1 personnel file to Judge Snyder's chambers. Scheduling arrangements should be made through
2 Judge Snyder's deputy clerk, Ms. Michelle Rooney.
3
4 IT IS SO ORDERED.
5    Dated: __**July 19, 2013**__             __/s/ **Sandra M. Snyder**__
6                                                 UNITED STATES MAGISTRATE JUDGE