1
2
3
4
5

6                              **UNITED STATES DISTRICT COURT**

7                                EASTERN DISTRICT OF CALIFORNIA

8

9
10  PAMELA FOX, ON BEHALF OF           Case No. 1:11-cv-00520-AWI-SMS
    HERSELF AND AS NEXT FRIEND TO
11  C.M.R., A MINOR,                   ORDER FOR IN CAMERA REVIEW OF
                                       PERSONNEL FILES
12              Plaintiffs,
                                       (Doc. 80 – Amended Motion to Compel)
13      vs.

14  COUNTY OF TULARE, LETICIA
    CASTANEDA, ERICA SOTO, RON
15  CASTANEDA, JULIA LANGLEY,
    CAROL HELDING, JOHN ROZUM,
16  STEVEN ROGERS and DOES 1-100,

17              Defendants.

18

19    In the parties' Local Rule 251 stipulation, Plaintiff requests an *in camera* review "of those
20 documents listed in the Privilege Log and any other documents that Defendants refuse to provide
21 without such review." Doc. 85-2 at 147. Mindful of the claims of privilege and of privacy set forth
22 in the Privilege Log(s), the Court nonetheless at this time orders an *in camera* review of the
23 personnel files of the remaining individual defendants: Leticia Castaneda, Erica Soto, Ron
24 Castaneda, Julia Langley, Carol Helding, and John Rozum. The Court continues to consider this
25 discovery dispute (*see* July 15, 2013 minute order, Doc. 88), and may order an *in camera* review of
26 other files at a later date.

27    Either the attorney for each defendant or the custodial officer for the defendant's personnel
28 file should schedule a convenient time, on or preferably before August 16, 2013, to deliver the

personnel file to Judge Snyder's chambers. Scheduling arrangements should be made through Judge Snyder's deputy clerk, Ms. Michelle Rooney.

IT IS SO ORDERED.

Dated: __**July 19, 2013**__                    __/s/ Sandra M. Snyder__
                                                                  UNITED STATES MAGISTRATE JUDGE