1 | **SETH L. GOLDSTEIN**, S.B.N. 176882
**LAW OFFICES OF SETH L. GOLDSTEIN**
2100 Garden Road, Suite H-8
Monterey, California, 93940
Telephone  (831) 372 9511
Fax         (831) 372 9611

**ANDREA M. MILLER**, S.B.N. 88992
**NAGELEY, MEREDITH & MILLER**
8001 Folsom Boulevard, Suite 100
Sacramento, CA 95826
Telephone  (916) 386 8282
Fax         (916) 386 8952

Attorneys for Pamela Fox and
C.M.R.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA FOX, ON BEHALF OF HERSELF AND AS NEXT FRIEND TO C.M.R., A MINOR.<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TULARE, LETICIA CASTANEDA, ERICA SOTO, RONALD CASTANEDA, JULIA LANGLEY, CAROL HELDING, JOHN ROZUM, STEVEN ROGERS and DOES 1 - 100,<br><br>Defendants.<br>_____/ | Case No.: 1:11-CV-00520-AWI-SMS<br><br>**STIPULATION AND ORDER REGARDING *IN CAMERA* REVIEW OF PERSONNEL FILE OF CLYDE TILLERY**<br><br>Judge:   Hon. Sandra M. Snyder<br>Date:<br>Time:<br>CrtRm:<br><br>**TRIAL DATE: Mar. 25, 2014** |

It is hereby stipulated between the parties that:

1.  Plaintiffs have subpoenaed personnel records from the City of Porterville pertaining to

Pamela Fox, et al vs County of Tulare, et al

Stipulation re Personnel Records of Clyde Tillery

an individual identified by Defendant County in its Rule 26 disclosure, Mr. Clyde Tillery.

2. The City of Porterville has asserted the official information privilege, which is a qualified privilege. On agreement with the City of Porterville, the disciplinary records of Clyde Tillery resulting in his termination by the City of Porterville, may be submitted by the City of Porterville, Personnel Department, to the Court for *in camera* review in response to Plaintiff's Subpoena for said records.

3. For the purpose of release of those records, Plaintiffs, respectfully, request that the Court review said records to determine if the records are relevant on the issue of credibility and if the parties' interest in discovery of the records outweighs the interest in maintaining confidentiality.

4. If the Court orders the release of any records pursuant to this stipulation, the parties agree that use of the information is limited to use in the above entitled action, to the parties in this action, their attorneys of record, and to any experts or investigators employed by said attorneys. The records shall be divulged to no other persons or entities, including the media, except as necessary in the presentation of evidence in the trial of the above entitled action.

Dated: July 24, 2013

     */s/ Michael Maurer*
     Michael Maurer, Deputy City Attorney,
     City of Porterville, Ca.

Dated: July 24, 2013

     */s/ Michael G. Woods*
     Michael G. Woods, Attorney for County of Tulare,
     Julia Langley, Carol Helding, John Rozum

Dated: July 24, 2013

                     */s/ Leslie M. Dillahunty*
                     Leslie M. Dillahunty, Attorney for Leticia Castaneda, Ronald Castaneda, Erica Soto

Dated: July 24, 2013

                     */s/ Seth L. Goldstein*
                     Seth L. Goldstein, Attorney for Pamela Fox, C.M.R.

**GOOD CAUSE APPEARING,**
**IT IS SO ORDERED.**

Dated: July 25 , 2013      /s/ SANDRA M. SNYDER
                                  UNITED STATES MAGISTRATE JUDGE