**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA FOX, ON BEHALF OF HERSELF AND AS NEXT FRIEND TO C.M.R., A MINOR,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TULARE, LETICIA CASTANEDA, ERICA SOTO, RON CASTANEDA, JULIA LANGLEY, CAROL HELDING, JOHN ROZUM, STEVEN ROGERS and DOES 1-100,<br><br>Defendants. | Case No. 1:11-cv-00520-AWI-SMS<br><br>COURT'S REPORT ON *IN CAMERA* REVIEW OF PERSONNEL FILES |

On June 20, 2013, Plaintiff filed a motion to compel. Doc. 80. On July 19, 2013, the Court ordered *in camera* review of personnel files of Leticia Castaneda, Erica Soto, Ron Castaneda, Julia Langley, Carol Helding, and John Rozum. Doc. 92. These were delivered to chambers yesterday, on August 13, 2013.

The Court has reviewed the County personnel files of the above-named six defendants. In light of the allegations in the pleadings and the parties' arguments, none of this material appears reasonably calculated to lead to the discovery of admissible evidence. It also raises valid privacy concerns. No discovery is ordered.

/ / /

/ / /

1

On July 24, 2013, the Court issued a second order for *in camera* review. Doc. 93. As stated therein, these materials should be delivered to chambers on <u>or preferably before</u> Friday, August 23, 2013. The Court also reiterates its minute order of July 18, 2013, which

> directs plaintiffs' counsel to forward to the Court the "...questions certified for the purpose of compelling testimony from this week's depositions...," believing such information to be helpful to the Court as she continues to work through the many disputed document requests.

IT IS SO ORDERED.

Dated:   **August 14, 2013**                              **/s/ Sandra M. Snyder**
                                                                         UNITED STATES MAGISTRATE JUDGE