**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA FOX, ON BEHALF OF HERSELF AND AS NEXT FRIEND TO C.M.R., A MINOR,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF TULARE, LETICIA CASTANEDA, ERICA SOTO, RON CASTANEDA, JULIA LANGLEY, CAROL HELDING, JOHN ROZUM, STEVEN ROGERS and DOES 1-100,<br><br>　　　　　Defendants. | Case No. 1:11-cv-00520-AWI-SMS<br><br>ORDER FOR CLARIFICATION<br><br>(Doc. 80) |

On June 20, 2013, Plaintiff filed the instant motion to compel. Doc. 80. The parties filed their joint Local Rule 251 stipulation and exhibits on July 10, 2013. Doc. 85, 86. On July 25, 2013, the Court approved a stipulation regarding *in camera* review of personnel file of Clyde Tillery. Doc. 95. By the terms of this stipulation, the Court undertook to "review said records to determine if the records are relevant on the issue of credibility and if the parties' interest in discovery of the records outweighs the interest in maintaining confidentiality." *Id.*

The key record is a Notice of Determination which explains the basis for Mr. Tillery's termination from his job as a firefighter. Nevertheless, the Court finds itself unable to complete its *in camera* review of this document without further indication as to why Mr. Tillery matters to this case. As far as the Court can discern, the only appearance of Mr. Tillery's name among the documents in the Court's possession is in Defendants' amended Rule 26 disclosure, filed with the

1

Court on August 22, 2013, which indicates that he "may testify as to his relationship with Steven Rogers (deceased), his interaction and observations concerning Plaintiffs and communications he had with defendants, their agents and employees."

Plaintiffs and Defendants shall each concurrently file a brief explanation of their position (if any) on this *in camera* review. Because the Court is attempting to identify records which are "relevant on the issue of credibility," the Court will find particularly useful any information which the parties desire to volunteer as to Mr. Tillery's putative relevancy to the case. There is no page limit, but a filing of less than a page or two could satisfy these requirements.

IT IS SO ORDERED.

Dated:   **September 17, 2013**              **/s/ Sandra M. Snyder**
                                             UNITED STATES MAGISTRATE JUDGE