SETH L. GOLDSTEIN, S.B.N. 176882
**LAW OFFICES OF SETH L. GOLDSTEIN**
2100 Garden Road, Suite H-8
Monterey, California 93940
Telephone   (831) 372 9511
Fax             (831) 372 9611

ANDREA M. MILLER, S.B.N. 88992
**NAGELEY, MEREDITH & MILLER**
8001 Folsom Boulevard, Suite 100
Sacramento, CA 95826
Telephone   (916) 386 8282
Fax             (916) 386 8952

Attorney for Plaintiffs Pamela FOX and C.M.R.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAMELA J. FOX, ON BEHALF OF HERSELF AND AS NEXT FRIEND TO C.M.R., A MINOR**<br>Plaintiffs,<br><br>vs.<br><br>**COUNTY OF TULARE, LETICIA CASTANEDA, ERICA SOTO, RON CASTANEDA, JULIA LANGELY, CAROL HELDING, JOHN ROZUM, STEVEN D. ROGERS,**<br>Defendants. | Case No. 1:11-CV-00520 AWI SMS<br><br>**PER LR 141, REQUEST TO FILE EXHIBITS UNDERSEAL RE MOTION TO FILE SECOND AMENDED COMPLAINT; ORDER THEREON**<br><br>Judge:  Hon. Sandra M. Snyder<br>Date:   November 20, 2013<br>Time:   1:00 pm<br>CrtRm: 1<br><br>**TRIAL DATE: Mar. 25, 2014** |

Now come Plaintiffs and request that the exhibits delivered herewith be filed under seal.

1.  On October 7th Plaintiffs will be filing a Motion to File Second Amended Complaint for hearing on November 20, 2013.

2.  The protective orders issued in the Superior Court of California, Tulare County, require that any documents from the underlying case that are confidential to be filed under seal or not otherwise be made public.

3.  Plaintiffs, in filing the Motion to File a Second Amended Complaint, are desirous of attaching exhibits to the papers filed for the Court's review in this action that are confidential because they are

1

Request to File Exhibits Under Seal

Juvenile Court Records and the subject of the orders of the Superior Court mentioned above.

4.      Where I to file them openly, I would be subject to Contempt in the State Court.

5.      Therefore, Plaintiffs ask that the Court order the exhibits filed herewith to be filed as and remain under seal.

Dated: October 7, 2013

                 */s/ Seth L. Goldstein*
                 Seth L. Goldstein,
                 Attorney for Pamela Fox, C.M.R.

**GOOD CAUSE APPEARING,**

**IT IS ORDERED THAT EXHIBITS 1, 2, 3 AND 4 BE FILED UNDER SEAL**.


IT IS SO ORDERED.

    Dated:    **October 16, 2013**               **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE