James D. Weakley, Esq.     Bar No. 082853
Leslie M. Dillahunty, Esq.  Bar No. 195262

Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, Leticia Castaneda, Erica Soto and Ron Castaneda

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA J. FOX, ON BEHALF OF HERSELF AND AS NEXT FRIEND TO C.M.R., A MINOR,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TULARE, LETICIA CASTANEDA, ERICA SOTO, RON CASTANEDA, JULIA LANGLEY, CAROL HELDING, JOHN ROZUM, STEVEN D. ROGERS and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. 1:11-CV-00520-AWI-SMS<br><br>REQUEST TO FILE EXHIBIT UNDER SEAL RE OPPOSITION OF LETICIA CASTANEDA, ERICA SOTO AND RON CASTANEDA TO PLAINTIFFS' MOTION TO FILE A SECOND AMENDED COMPLAINT AND ORDER THEREON<br><br>Date:   November 20, 2013<br>Time:  1:00 p.m.<br>Ctrm:  1<br>The Honorable Sandra M. Snyder<br><br>Complaint Filed: 03/24/11<br>Trial Date: 03/25/14 |

COME NOW defendants, LETICIA CASTANEDA, ERICA SOTO and RON CASTANEDA and request that the exhibit delivered herewith be filed under seal.

The sealed document includes confidential and sealed portions of a deposition transcript in the underlying family law proceedings. Exhibit A to the Declaration of Leslie M. Dillahunty consist of excerpts of the December 2, 2009, deposition of Lourdes Dawson. Questions in portions of the deposition entail the investigation of allegations of sexual abuse pertaining to a minor. Given the confidential nature of the proceedings, it is requested that the exhibit be filed with the court under seal.

Request to File Exhibit Under Seal re Opposition of Leticia Castaneda, Erica Soto and Ron Castaneda to Plaintiffs' Motion to File a Second Amended Complaint and Order Thereon

1

Dated: November 6, 2013

                                     /s/ Leslie M. Dillahunty
Leslie M. Dillahunty,
Attorney for Defendants, Leticia Castaneda, Erica Soto and Ron Castaneda

**GOOD CAUSE APPEARING,**

**IT IS ORDERED THAT EXHIBIT A BE FILED UNDER SEAL.**

IT IS SO ORDERED.

    Dated: November 8, 2013       /s/ Sandra M. Snyder
                                             The Honorable Sandra M. Snyder
                                             United States Magistrate Judge

Request to File Exhibit Under Seal re Opposition of Leticia Castaneda, Erica Soto and Ron Castaneda to Plaintiffs' Motion to File a Second Amended Complaint and Order Thereon

2