1  James D. Weakley, Esq.    Bar No. 082853
   Leslie M. Dillahunty, Esq.  Bar No. 195262
2
          Weakley & Arendt, LLP
3       1630 East Shaw Ave., Suite 176
          Fresno, California 93710
4        Telephone:  (559) 221-5256
          Facsimile:  (559) 221-5262
5

6  Attorneys for Defendants, Leticia Castaneda, Erica Soto and Ron Castaneda

7
                    **UNITED STATES DISTRICT COURT**
8
                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

| 10 | PAMELA J. FOX, ON BEHALF OF HERSELF AND AS NEXT FRIEND TO C.M.R., A MINOR, | ) CASE NO. 1:11-CV-00520-AWI-SMS |
|---|---|---|
| 11 | | ) REQUEST TO FILE EXHIBIT UNDER SEAL RE OPPOSITION OF LETICIA CASTANEDA, ERICA SOTO AND RON CASTANEDA TO PLAINTIFFS' MOTION TO FILE A SECOND AMENDED COMPLAINT AND ORDER THEREON |
| 12 | Plaintiffs, | |
| 13 | vs. | |
| 14 | COUNTY OF TULARE, LETICIA CASTANEDA, ERICA SOTO, RON CASTANEDA, JULIA LANGLEY, CAROL HELDING, JOHN ROZUM, STEVEN D. ROGERS and DOES 1 to 100, inclusive, | |
| 15 | | ) Date:   November 20, 2013 |
| 16 | | ) Time:   1:00 p.m. ) Ctrm:   1 |
| 17 | | ) The Honorable Sandra M. Snyder |
| 18 | Defendants. | ) Complaint Filed:  03/24/11 ) Trial Date:  03/25/14 |
| 19 | | |

20

21     COME NOW defendants, LETICIA CASTANEDA, ERICA SOTO and RON
22  CASTANEDA and request that the exhibit delivered herewith be filed under seal.
23     The sealed document includes confidential and sealed portions of a deposition transcript
24  in the underlying family law proceedings.  Exhibit A to the Declaration of Leslie M. Dillahunty
25  consist of excerpts of the December 2, 2009, deposition of Lourdes Dawson.  Questions in
26  portions of the deposition entail the investigation of allegations of sexual abuse pertaining to a
27  minor.  Given the confidential nature of the proceedings, it is requested that the exhibit be filed
28  with the court under seal.

Dated:  November 6, 2013

      /s/  Leslie M. Dillahunty
Leslie M. Dillahunty,
Attorney for Defendants, Leticia Castaneda, Erica Soto and Ron Castaneda

**GOOD CAUSE APPEARING,**

**IT IS ORDERED THAT EXHIBIT A BE FILED UNDER SEAL.**

IT IS SO ORDERED.

Dated:  November 8, 2013      /s/ Sandra M. Snyder
The Honorable Sandra M. Snyder
United States Magistrate Judge