Michael G. Woods, #58683
Deborah A. Byron, #105327
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
7647 N Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendants COUNTY OF TULARE, JULIA LANGLEY, CAROL HELDING and JOHN ROZUM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PAMELA J. FOX, ON BEHALF OF HERSELF AND AS NEXT FRIEND TO C.M.R., A MINOR,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF TULARE, LETICIA CASTENEDA, ERICA SOTO, RON CASTENEDA, JULIA LANGLEY, CAROL HELDING, JOHN ROZUM, STEVEN D. ROGERS, and DOES 1-100,<br><br>Defendant. | Case No. 1:11-CV-00520 AWI SMS<br><br>**NOTICE AND REQUEST TO SEAL DOCUMENTS RE DEFENDANTS COUNTY OF TULARE, JULIA LANGLEY, CAROL HELDING AND JOHN ROZUM'S OPPOSITION TO MOTION TO FILE SECOND AMENDED COMPLAINT AND ORDER THEREON**<br><br>Judge:    Hon. Magistrate Sandra M. Snyder<br>Date:     November 20, 2013<br>Time:    1:00 pm<br>Dept.:    1 |

   Defendants, County of Tulare, Julia Langley, Carol Helding, and John Rozum ("Defendants"), hereby request an Order to file the attached documents under seal pursuant to U.S. District Court, Eastern District Court Local Rule 141.

   The sealed documents include confidential portions of deposition transcripts and Court filings in this matter and in the underlying family law proceedings and Tulare County Sheriff's Department records, specifically:

   1.    Exhibit "A" to Declaration of Michael G. Woods – Portions of the deposition transcript of Carol Helding;

85560-00066 2728310.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 N Fresno Street
Fresno, CA 93720

NOTICE AND REQUEST TO SEAL DOCUMENTS RE COUNTY OF TULARE, JULIA LANGLEY, CAROL HELDING AND JOHN ROZUM'S OPPOSITION TO MOTION TO FILE SECOND AMENDED COMPLAINT AND ORDER THEREON

2. Exhibit "B" to Declaration of Michael G. Woods – Portions of the deposition transcripts of Plaintiff Pamela Fox;

3. Exhibit "D" to Declaration of Michael G. Woods – Search Warrant;

4. Exhibit "G" to Declaration of Michael G. Woods - Portions of the deposition transcript of Lourdes Dawson;

5. Exhibit "N" to Request for Judicial Notice – Civil Subpoena (Deuces Tecum) and Declaration in Support of Civil Subpoena;

6. Exhibit "S" to Request for Judicial Notice – Request for Judicial Notice of Conviction record.

Given the confidential nature of the proceedings and the protective orders issued in this Court and in Tulare County Superior Court, it is requested that the above exhibits be filed with the Court under seal.

Dated: November 7, 2013

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Deborah A. Byron
Michael G. Woods
Deborah A. Byron
Attorneys for Defendants COUNTY OF TULARE, JULIA LANGLEY, CAROL HELDING and JOHN ROZUM

**ORDER**

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT THE ABOVE-LISTED EXHIBITS BE FILED UNDER SEAL.

IT IS SO ORDERED.

Dated: November 8, 2013

By: /s/ SANDRA M. SNYDER
The Honorable Sandra M. Snyder
United States Magistrate Judge

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 N FRESNO STREET
FRESNO, CA 93720

85560-00066 2728310.1

2

NOTICE AND REQUEST TO SEAL DOCUMENTS RE COUNTY OF TULARE, JULIA LANGLEY, CAROL HELDING AND JOHN ROZUM'S OPPOSITION TO MOTION TO FILE SECOND AMENDED COMPLAINT AND ORDER THEREON