**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA FOX, ON BEHALF OF HERSELF AND AS NEXT FRIEND TO C.M.R., A MINOR,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TULARE, LETICIA CASTANEDA, ERICA SOTO, RON CASTANEDA, JULIA LANGLEY, CAROL HELDING, JOHN ROZUM, STEVEN ROGERS and DOES 1-100,<br><br>Defendants. | Case No. 1:11-cv-00520-AWI-SMS<br><br>ORDER DENYING AS MOOT PLAINTIFFS' REQUEST FOR AN ORDER SHORTENING TIME |

On December 4, 2013, Plaintiffs filed a motion for clarification. Doc. 146 (amended by doc. 147). In correspondence with Plaintiffs' attorney Seth Goldstein, the Court indicated that the motion could be heard on January 8, 2013. Plaintiffs concurrently filed a request to shorten time for briefing and hearing the motion for clarification. Doc. 146-12.

Pursuant to Local Rule 230(b), at least 28 days' notice is required between a motion and the hearing. Here, Plaintiffs have provided 35 days' notice (December 4 to January 8). Consequently, the date sought by Plaintiffs does not require a shortening of time. This request is denied as moot.

There currently exists no firm deadline for dispositive motions in light of the Court's order (doc. 129) and pending the Court's forthcoming resolution of Plaintiff's motion to file a Second Amended Complaint. Plaintiffs' motion further impacts this deadline. Therefore, the Court will

1

again modify this deadline. The deadline for dispositive motions shall be 28 days following the resolution of Plaintiffs' motion for clarification.

IT IS SO ORDERED.

Dated:   **December 4, 2013**                          **/s/ Sandra M. Snyder**
                                               UNITED STATES MAGISTRATE JUDGE