1   Michael G. Woods, #58683
    Deborah A. Byron, #105327
2   McCormick, Barstow, Sheppard,
    Wayte & Carruth LLP
3   7647 N Fresno Street
    Fresno, California 93720
4   Telephone:     (559) 433-1300
    Facsimile:     (559) 433-2300
5
    Attorneys for Defendants COUNTY OF
6   TULARE, JULIA LANGLEY, CAROL
    HELDING and JOHN ROZUM
7

8               UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  PAMELA J. FOX, ON BEHALF OF          Case No. 1:11-CV-00520 AWI SMS
    HERSELF AND AS NEXT FRIEND TO
12  C.M.R.,  A MINOR,                    **NOTICE AND REQUEST TO SEAL
                                         DOCUMENTS RE DEFENDANTS
13               Plaintiffs,             COUNTY OF TULARE, JULIA
                                         LANGLEY, CAROL HELDING AND
14          v.                           JOHN ROZUM'S MOTION FOR
                                         SUMMARY JUDGMENT/SUMMARY
15  COUNTY OF TULARE, LETICIA            ADJUDICATION AND ORDER
    CASTANEDA, ERICA SOTO, RON           THEREON**
16  CASTANEDA, JULIA LANGLEY, CAROL
    HELDING, JOHN ROZUM, STEVEN D.       Judge:   Hon. Anthony W. Ishii
17  ROGERS, and DOES 1-100,              Date:    March 3, 2014
                                         Time:    1:30 pm
18               Defendants.             Dept.:   2 – 8th Floor

19

20          Defendants, County of Tulare, Julia Langley, Carol Helding, and John Rozum ("Defendants"),

21  hereby request an Order to file the attached documents under seal pursuant to U.S. District Court,

22  Eastern District Court Local Rule 141.

23          The sealed documents include confidential documents and Court filings in the underlying

24  family law proceedings, Court filings in the underlying juvenile proceedings,  Tulare County District

25  Attorney records, Tulare County Health and Human Services Child Welfare Services documents and

26  Tulare County Sheriff's Department records, which are listed in Defendants' Statement of Evidence

27  specifically as:

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 N Fresno Street
Fresno, CA 93720

85560-00066 2799058.1

NOTICE AND REQUEST TO SEAL DOCUMENTS AND ORDER THEREON

| EXHIBIT | DESCRIPTION OF EVIDENCE |
|---------|-------------------------|
| D-8 | July 29, 2008 Order |
| D-9 | August 11, 2008 Felony Rejection Summary |
| D-10 | August 19, 2008 Order |
| D-12 | October 22, 2008 Order |
| D-13 | December 9, 2008 Order |
| D-14 | May 12, 2009 Order |
| D-15 | Reporter's transcript of hearing - August 24, 2009 |
| D-16 | July 6, 2009 Order |
| D-17 | July 22, 2009 Order |
| D-18 | Reporter's transcript of hearing – July 22, 2009 |
| D-19 | August 20, 2009 Order |
| D-20 | September 2, 2009 Order |
| D-21 | Reporter's transcript of hearing – September 2, 2009 |
| D-22 | September 8, 2009 Order |
| D-23 | Reporter's transcript of hearing – September 8, 2009 |
| D-24 | September 18, 2009 Order |
| D-25 | Reporter's transcript of hearing – September 18, 2009 |
| D-26 | November 12, 2009 Order |
| D-27 | Reporter's transcript of hearing – November 12, 2009 |
| D-28 | Reporter's transcript of hearing – December 2, 2009 |
| D-29 | December 7, 2009 Order |
| D-30 | December 15, 2009 Order |
| D-31 | January 4, 2010 Order |
| D-32 | January 15, 2010 Order |
| D-33 | Reporter's transcript of hearing – January 15, 2010 |
| D-34 | February 24, 2010 Order |

| EXHIBIT | DESCRIPTION OF EVIDENCE |
|---------|-------------------------|
| D-35 | March 4, 2010 Order |
| D-36 | March 16, 2010 Order |
| D-37 | March 30, 2010 Order |
| D-38 | April 16, 2010 Order |
| D-39 | June 15, 2010 Order |
| D-40 | September 30, 2010 Order |
| D-41 | Search Warrant and Return; Order Sealing Warrant |
| D-43 | Government Tort Claim filed 9/17/2010 |
| D-44 | Government Tort Claim filed 10/14/10 |
| D-45 | September 11, 2009 Letter to Seth Goldstein from Julia Langley |
| D-47 | June 25, 2010 Letter to Ann Konda, Alternative Services |
| D-49 | Report of abuse, unfounded – June 8, 2007 |
| D-50 | October 18, 2007 Family Court Order |
| D-51 | Mediation Report – Beth Wallace, Family Court Services October 9, 2009 |
| D-53 | Reporter's transcript of hearing – December 15, 2009 |
| D-54 | Reporter's transcript of hearing – May 12, 2009 |
| D-55 | Mediation Report – Lourdes Dawson – April 30, 2009 |
| D-56 | ProLaw note prepared by Carol Helding, December 3, 2008. |
| D-57 | ProLaw note prepared by Carol Helding, July 15, 2009. |
| D-58 | E-mail addressed to Leticia Castaneda and Erica Soto from John Rozum, dated December 4, 2008. |
| D-60 | Reporter's Transcript of Hearing – October 22, 2008 |
| D-62 | Reporter's transcript of hearing – October 20, 2009. |
| D-63 | October 22, 2009 - Ruling Denying Petition To Obtain Reports Of Law Enforcement And Other Documents |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 N Fresno Street
Fresno, CA 93720

85560-00066 2799058.1                                    3
NOTICE AND REQUEST TO SEAL DOCUMENTS AND ORDER THEREON

1    Given the confidential nature of the proceedings and the protective orders issued in this Court

2  and in Tulare County Superior Court, it is requested that the above exhibits be filed with the Court

3  under seal.

4

5  Dated:  January 21, 2014                                McCORMICK, BARSTOW, SHEPPARD,
                                                                              WAYTE & CARRUTH LLP
6

7

8                                                    By:_____/s/ Deborah A. Byron_____
                                                                      Michael G. Woods
9                                                                    Deborah A. Byron
                                                     Attorneys for Defendants COUNTY OF TULARE,
10                                                  JULIA LANGLEY, CAROL HELDING and JOHN
                                                                            ROZUM
11

12

13                                              **ORDER**

14  GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT THE ABOVE-

15  LISTED EXHIBITS BE FILED UNDER SEAL.

16

17  IT IS SO ORDERED.

18  Dated:   January 22, 2014         _____

19                                                ____SENIOR  DISTRICT  JUDGE

20

21

22                                                    _____

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 N FRESNO STREET
FRESNO, CA 93720

85560-00066 2799058.1                              4
NOTICE AND REQUEST TO SEAL DOCUMENTS AND ORDER THEREON