**SETH L. GOLDSTEIN,** S.B.N. 176882
**LAW OFFICES OF SETH L. GOLDSTEIN**
2100 Garden Road, Suite H-8
Monterey, California 93940
Telephone (831) 372 9511
Fax       (831) 372 9611

**ANDREA M. MILLER,** S.B.N. 88992
**NAGELEY, MEREDITH & MILLER**
8801 Folsom Boulevard, Suite 172
Sacramento, CA 95826
Telephone   (916) 386 8282
Fax         (916) 386 8952

Attorney for Plaintiff Pamela FOX

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA J. FOX, ON BEHALF OF HERSELF AND AS NEXT FRIEND TO C.M.R., A MINOR<br>　　　　Plaintiff,<br>　vs.<br>COUNTY OF TULARE, LETICIA CASTANEDA, ERICA SOTO, RON CASTANEDA, JULIA LANGELY, CAROL HELDING, JOHN ROZUM, STEVEN D. ROGERS,<br>　　　　Defendants. | Case No.: 1:11-CV-520-AWI-SMS<br>**ORDER ON PLAINTIFF'S EX PARTE MOTION FOR EXTENSION TIME TO RESPOND AND OPPOSE MOTIONS FOR SUMMARY JUDGEMENT**<br><br>**(Doc. No. 178)** |

**Upon review and consideration of the pleadings filed in this matter** Plaintiffs' Motion for an Extension of Time to file a Reply is Granted.

Accordingly, IT IS HEREBY ORDERED that the hearing set for March 3, 2014, is vacated and continued to March 31, 2014, at 1:30, in Courtroom 2. Plaintiffs' Opposition brief is due on March 17, 2014. Defendants' Reply brief is due March 24, 2014.

IT IS SO ORDERED.

Dated:   February 14, 2014                    _____
　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT JUDGE