1  Michael G. Woods, #58683
   Deborah A. Byron, #105327
2  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
3  7647 N Fresno Street
   Fresno, California 93720
4  Telephone:   (559) 433-1300
   Facsimile:   (559) 433-2300
5
   Attorneys for Defendants COUNTY OF
6  TULARE, JULIA LANGLEY, CAROL
   HELDING and JOHN ROZUM
7

8              UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| | |
|---|---|
| 11  PAMELA J. FOX, ON BEHALF OF HERSELF AND AS NEXT FRIEND TO  12  C.M.R., A MINOR,  13                Plaintiffs,  14       v.  15  COUNTY OF TULARE, LETICIA CASTANEDA, ERICA SOTO, RON  16  CASTANEDA, JULIA LANGLEY, CAROL HELDING, JOHN ROZUM, STEVEN D.  17  ROGERS, and DOES 1-100,  18                Defendant. | Case No. 1:11-CV-00520 AWI SMS  **STIPULATION TO AMEND THE AMENDED SCHEDULING ORDER TO CONTINUE TRIAL DATE AND ORDER**  Judge:   Hon. Anthony W. Ishii |

19

20    It is stipulated by the parties herein, through their respective counsel, that due to a calendar

21 conflict on the part of Michael G. Woods, trial attorney for Defendants COUNTY OF TULARE,

22 JULIA LANGLEY, CAROL HELDING and JOHN ROZUM, the parties respectfully request and

23 stipulate that the Amended Scheduling Order be amended to continue the trial presently scheduled for

24 September 30, 2014 to January 13, 2015 with the final Pre-Trial Conference hearing to be set by the

25 Court.

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 N Fresno Street
Fresno, CA 93720

1:11-CV-00520 AWI SMS

STIPULATION TO AMEND THE AMENDED SCHEDULING ORDER TO CONTINUE TRIAL DATE AND PROPOSED ORDER

Dated: February 27, 2014                           McCORMICK, BARSTOW, SHEPPARD,
                                                   WAYTE & CARRUTH LLP


                                       By: /s/ Michael G. Woods
                                                   Michael G. Woods
                                       Attorneys for Defendants COUNTY OF TULARE,
                                       JULIA LANGLEY, CAROL HELDING and JOHN
                                                         ROZUM


Dated: February 27, 2014                           WEAKLEY & ARENDT, LLP


                                       By: Leslie M. Dillahunty
                                                   James D. Weakley
                                                   Leslie M. Dillahunty
                                                  Attorneys for Plaintiffs


Dated: February 27, 2014               LAW OFFICES OF SETH L. GOLDSTEIN


                                       By: Seth L Goldstein
                                                   Seth L. Goldstein
                                                Attorney for Plaintiffs

## **ORDER**

Based upon the stipulation of the parties and good cause appearing therefor, the the trial in this matter is continued to January 13, 2015 in Courtroom 2 at 8:30 a.m. and the Pretrial Conference is continued to December 3, 2014, at 8:30 a.m. in Courtroom 2.

IT IS SO ORDERED.

Dated: February 27, 2014                      _____
                                              SENIOR DISTRICT JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 N FRESNO STREET
FRESNO, CA 93720

2                              1:11-CV-00520 AWI SMS
STIPULATION TO AMEND THE AMENDED SCHEDULING ORDER TO CONTINUE TRIAL DATE AND PROPOSED ORDER