IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA J. FOX, ON BEHALF OF HERSELF AND AS NEXT FRIEND TO D.M.R., A MINOR,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TULARE, LETICIA CASTANEDA, ERICA SOTO, RON CASTANEDA, JULIA LANGLEY, CAROL HELDING, JOHN ROZUM, STEVEN D. RODGERS and DOES 1-100,<br><br>Defendants. | 1:11-cv-O520  AWI SMS<br><br><br>ORDER GRANTING PLAINTIFFS' REQUEST FOR FURTHER EXTENSION OF TIME FOR FILING OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

In this action for damages, Plaintiffs have filed for a 30-day extension of time to file and opposition to Defendants motion for summary judgment.  The court notes that the trial date in this action is currently set for September 30, 2014.  There is therefore no concern of impinging on dates relevant to trial preparation in granting Plaintiff's request.  The court notes that a substantial amount of documentation has been submitted in support of Defendant's motion for summary judgment and that a similarly substantial amount of material is expected from Plaintiffs' in their opposition.  The court is currently highly impacted by the combination of high workload and unfilled judicial positions.  It is of no small benefit to the court if the parties, who will likely be required to wait a substantial time for the court's ruling in any event, have

adequate time to fully and completely brief the issues.  Defendants contend they will be prejudiced by the grant of additional time to Plaintiffs because they will only have one week to reply to Plaintiff's opposition.  The court will mitigate any prejudice by granting additional time for Defendant's reply.

THEREFORE, it is hereby ORDERED that Plaintiff's motion for a 30-day extension of time to submit an opposition to Defendants' motion for summary judgment is GRANTED.  Plaintiff's shall file and serve their opposition not later than April 17, 2014.  Defendant may file and serve their oppositions on or before Friday, April 2, 2014.  Further extension of time will not be granted for submission of Plaintiff's opposition, however Defendants may move for a one-week further extension of time to reply upon request.

IT IS SO ORDERED.

Dated:   March 7, 2014

_____
SENIOR DISTRICT JUDGE