# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA J. FOX, ON BEHALF OF HERSELF AND AS NEXT FRIEND TO D.M.R., A MINOR,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TULARE, LETICIA CASTANEDA, ERICA SOTO, RON CASTANEDA, JULIA LANGLEY, CAROL HELDING, JOHN ROZUM, STEVEN D. RODGERS and DOES 1-100,<br><br>Defendants. | 1:11-cv-O520  AWI SMS<br><br><br>ORDER CONTINUING HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT TO MAY 12, 2014 |

   In this action for damages, the court granted Plaintiffs' request for extension of time to file and opposition to Defendants motion for summary judgment. Doc. # 202.  It has come to the court's attention that the hearing date on Defendants' motion for summary judgment, which is currently set for March 31, 2014, was not correspondingly continued.  The court herewith corrects that oversight.

   THEREFORE, it is hereby ORDERED that the hearing date of March 31, 2014, is CONTINUED to Monday, May 12, 2014, at 1:30 p.m. in Courtroom 2.

IT IS SO ORDERED.

Dated:  March 27, 2014

1                                    SENIOR DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28