IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA J. FOX, ON BEHALF OF HERSELF AND AS NEXT FRIEND TO D.M.R., A MINOR,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TULARE, LETICIA CASTANEDA, ERICA SOTO, RON CASTANEDA, JULIA LANGLEY, CAROL HELDING, JOHN ROZUM, STEVEN D. RODGERS and DOES 1-100,<br><br>Defendants. | 1:11-cv-O520  AWI SMS<br><br><br><br>**ORDER ON PLAINTIFF'S REQUEST TO FILE DOCUMENTS UNDER SEAL** |

    Plaintiff Pamela J. Fox ("Plaintiff") has filed a large number of exhibits to support her opposition to the motions for summary judgment by County of Tulare and the Individual Defendants.  Although there has been some inconsistency in the designation of the documents that Plaintiff's counsel intended should be filed under seal, the court is now informed through Plaintiff's counsel that the request to file exhibits under seal applies to the following exhibits:

    Plaintiff's Exhibits numbered 9 through 69, inclusive,

    Plaintiff's Exhibits numbered 74 through 108, inclusive,

    Plaintiff's Exhibits numbered 111 through 116, inclusive, and

    Plaintiff's Exhibits numbered 119 through 135, inclusive.

1
2
3
4
5
6
      The court has reviewed a representative number of the Exhibits listed above and finds they contain either or both identifying information regarding a minor and/or sensitive information regarding a minor otherwise identifiable from the context of the document or from other exhibits.  Based on the court's review of a representative sample of the listed documents the court finds the documents are suitable for filing under seal.

7
8
      The Clerk of the Court shall file the above-listed Exhibits under seal pursuant to local rule 39-141.

9
10
11
IT IS SO ORDERED.

Dated:   April 22, 2014                                    _____
                                           SENIOR  DISTRICT  JUDGE

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28