SETH L. GOLDSTEIN, S.B.N. 176882
**LAW OFFICES OF SETH L. GOLDSTEIN**
2100 Garden Road, Suite H-8
Monterey, California 93940
Telephone    (831) 372 9511
Fax          (831) 372 9611

ANDREA M. MILLER, S.B.N. 88992
**NAGELEY, MEREDITH & MILLER**
8001 Folsom Boulevard, Suite 100
Sacramento, CA 95826
Telephone   (916) 386 8282
Fax         (916) 386 8952

Attorney for PlaintiffS Pamela FOX and C.M.R.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAMELA J. FOX, ON BEHALF OF HERSELF AND AS NEXT FRIEND TO C.M.R., A MINOR**<br>            Plaintiffs,<br><br>       vs.<br><br>**COUNTY OF TULARE, LETICIA CASTANEDA, ERICA SOTO, RON CASTANEDA, JULIA LANGELY, CAROL HELDING, JOHN ROZUM, STEVEN D. ROGERS,**<br>            Defendants. | Case No. 1:11-CV-00520-AWI-SMS<br><br>**PLAINTIFF'S SECOND REQUEST TO SEAL DOCUMENTS; ORDER** |

Plaintiffs, Pamela Fox and C.M.R. hereby request an Order to file the attached documents under seal pursuant to U.S. District Court Eastern District Local Rule 141.

The sealed documents include confidential documentation and Court filings from the underlying litigation in the Family Law Courts or Tulare County Superior and Juvenile Division of the Courts.  Tulare County Sheriff's and Welfare Services reports, documents and records were ordered to be confidential and are necessary for Plaintiff's response to the Motions for Summary Adjudication.  Given the confidential nature and the governing protective orders of the Superior

Court requiring they be maintained as confidential, Plaintiff hereby, respectfully, requests that the Court make such an order.

Respectfully submitted,

Originally Dated: May 7, 2014

Resubmitted: March 4, 2015

The Law Offices of Seth L. Goldstein

 */s/ Seth L. Goldstein*
Seth L. Goldstein

**ORDER**

**GOOD CAUSE APPEARING**, therefore, it is hereby ordered that the following listed exhibits be filed under seal;

| | | |
|---|---|---|
| 1. | 117 | 7/6/10 ltr from SG to Judge Vortmann |
| 2. | 118 | Resubmitted and modified Withdrawal of Motion for Attorney's Fees 3/29/10 w/ letter from SG to JL and Carol Helding |
| 3. | 120 | Amended 8/14/08 TC HHSA Admission Data Sheet |
| 4. | 132 | Amended Juvenile Exhibit Records #5 and #9 copied in its entirety consisting of 702 pages from the Superior Court file |
| 5. | 158 | Amended Tulare County HHS CWS Policy, Overview of Emergency Response Program |
| 6. | 161 | Det. Porter's Rpt on Rogers' hard drive |
| 7. | 162 | Tulare County Sheriff's Department General Order |
| 8. | 163 | Emergency Response Referral Information 6/8/07 |
| 9. | 164 | CWS Policies |
| 10. | 165 | Lou Dawson Addendum Report for 5/12/09 Hearing |

| | | | |
|---|---|---|---|
| 11. | 166 | SCAR of 5/4/07 and Sheriff's Investigative Reports | |
| 12. | 167 | Declaration of Detective Christopher Porter 12/9/10 | |
| 13. | 168 | Billing Statements from Mr. Goldstein to Plaintiff Fox | |
| 14. | 169 | Deposition of Clyde Tillery | |
| 15. | 170 | Plaintiffs' Points and Authorities in Response to Opposition by County Counsel to Unseal Search Warrant 10/19/09 | |
| 16. | 171 | FAOH 10/22/08 | |
| 17. | 172 | Plaintiff's Amended Response to RPD Set One | |
| 18. | 173 | FAOH 7/22/09 | |
| 19. | 174 | County's Petition for Release of Juvenile Court File 11/10/10 | |
| 20. | 175 | Petition and Order to Obtain Report of LEA for Kristi Rogers 3/5/10 | |
| 21. | 176 | Emergency Response Referral Information 12/3/08 | |
| 22. | 177 | List of docs withheld from Goldstein document packets (no date) | |
| 23. | 178 | Reporter's Transcript 1/4/10 | |
| 24. | 179 | 12/4/08 letter of complaint from P. Fox to Porterville CWS | |
| 25. | 180 | Emergency Response Referral Information 10/12/06. Rogers reporter | |
| 26. | 181 | Reporter's Transcript 9/30/10 Reporter's Transcript 9/30/10 | |
| 27. | 182 | Plaintiffs' Points and Authorities in Support of 827 WIC Petition Signed 7/20/09 | |
| 28. | 183 | Plaintiffs' Points and Authorities in Support of Second 827 WIC Petition Signed 8/28/09 | |
| 29. | 184 | SCAR Report by L. Lerma 2/9/09 | |
| 30. | 185 | Withdrawal of Motion for Attorney Fees and Costs and 3/23/10 Letter from Seth Goldstein to Julia Langley and Carol Helding | |
| 31. | 186 | S. Goldstein POS Declaration 12/6/10 | |
| 32. | 187 | S. Goldstein Motion for Custody, 9/18/09 | |

| | | | |
|---|---|---|---|
| 33. | 188 | 7/22/09 Proof of Service Request for Disclosure |
| 34. | 189 | 11/20/09 S. Goldstein First Amended Memo of Points and Authorities in Support of Renewed Motion for Custody |
| 35. | 190 | e-mail of 12/4/08 from Rozum to L. Castenada |
| 36. | 191 | 12/8/08 Tulare County Human Services Branch CPS Records Check |
| 37. | 192 | Subpoena Duces Tecum for Tulare County Sheriff's Dept. Custodian of Records |

IT IS SO ORDERED.

Dated:   March 5, 2015                    _____

SENIOR  DISTRICT  JUDGE